Tom Monroe
ATEL LEASING CORPORATION ///
PO Box 671597
DALLAS, TX 75267-1597


BNSF RAILWAY COMPANY
3115 Solutions Center
Chicago, IL 60677-3001


CANADIAN NATIONAL
Attn: Non-Freight Management
PO Box 71351
Chicago, IL 60694-1351


CANADIAN NATIONAL //
P.O. Box 71206
Chicago, IL 60694-1206


CHICAGO FREIGHT CAR LEASING CO //
PO Box 75129
Chicago, IL 60675


CONSOLIDATED LOGISTICS SOLUTIONS INC
13041 Binney Street
Omaha, NE 68164


INFINITY TRANSPORTATION 2016 1 LLC //
PO BOX 645510
Cincinnati, OH 45264-5510


MGH RAILCAR SERVICES LIMITED
8207 Fairways West Dr.
Regina, SK S4Y 0A1


MRXX CORP. ///
PO Box 189
Hampton, NH 03843-0189


NORFOLK SOUTHERN //
PO BOX 116944
Atlanta, GA 30368-6944


PROGRESS RAIL LEASING //
25083 Network Place
Chicago, IL 60673-1250

```
RAS DATA SERVICE
1510 PLAINFIELD RD
SUITE 3
DARIEN, IL 60561


THE ANDERSONS INC
PO BOX 84878
CHICAGO, IL 60689-8478


TRINITY LEASING CUSTOMER PAYMENT ACCOUNT
W 510131
PO BOX 7777
PHILADELPHIA, PA 19175-0131


TTX COMPANY AGENT FOR CSXT
Lockbox# 22984
22984 Network Place
Chicago, IL 60673-1229


TTX COMPANY AGENT FOR NS
LOCKBOX #22984
22984 NETWORK PLACE
CHICAGO, IL 60673-1229


TTX COMPANY AGENT FOR UP
Lockbox #22984
22984 Network Place
Chicago, IL 60673-1229


VTG
3045 MOMENTUM PLACE
CHICAGO, IL 60689-5330


WELLS FARGO RAIL
9377 W Higgins Rd Ste 600
Rosemont, IL 60018


WISCONSIN AND SOUTHERN RAILROAD
P. O. Box 790343
Bin #150077
ST LOUIS, MO 63179-0343
```