So Ordered.

Signed this 9 day of February, 2021.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 20-11139 |
| INTERSTATE COMMODITIES, INC., Debtor. | ) ) ) |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon fulfilling the requirements set forth in Local Bankruptcy Rule 2014-2 of the Northern District of New York, it is hereby

**ORDERED**, that Jacob H. Marshall is admitted *pro hac vice* to practice in the Bankruptcy Court for the United States District Court for the Northern District of New York in this case; and it is further

**ORDERED**, that Jacob H. Marshall shall obtain a CM/ECF login and password prior to filing any papers with this court.

### ###

14205534 v1