IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| INTERSTATE COMMODITIES, INC., | Case No. 20-11139 |
| Debtor | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby withdraws as counsel of record to Creditor ATEL Leasing Corporation ("ATEL"). Ms. Venezia's name may be removed from the docket. Debra Riley of the Allen Matkins firm shall remain as counsel for ATEL.

Dated: New York, New York
March 15, 2021

/s/ Gina M. Venezia
Gina M. Venezia
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 25th Floor
New York, New York 10005
(T): (212) 425-1900 | (F): (212) 425-1901
Email: venezia@freehill.com

543428.1