**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: In re Interstate Commodities, Inc.

Case No.: 20-BK-11139

Division: Albany

Adversary Proceeding No. (if applicable):

- ☒ Adjournment Request[2] for Hearing on Motion at Docket No.:    133

    Reason for Adjournment Request: Parties have reached a settlement. 9019 motion forthcoming.

    Original Return Date of Motion: 3/3/2021

    Number of prior adjournment request that have been made    2

- ☐ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
    at Docket No.: _____

- ☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 4/14/2021

Requested Adjourned Hearing Date: 5/19/2021

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Jacob H. Marshall (admitted pro hac vice)
  Benesch, Friedlander, Coplan & Aronoff LLP
  71 South Wacker Drive, Suite 1600, Chicago, IL 60606
  312-624-6396; JMarshall@Beneschlaw.com

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)